# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv563

| | |
|---|---|
| SHELLEY DEAN, )<br>)<br>   Plaintiff, )<br>)<br>   vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social )<br>Security, )<br>)<br>   Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Answer [Doc. 5], filed March 6, 2009.

The parties having joined issue, Court will enter a scheduling order in this matter.

**IT IS, THEREFORE, ORDERED** that on or before forty-five (45) days from entry of this Order, the parties shall insure that the administrative record is filed in the case.

**IT IS FURTHER ORDERED** that on or before sixty (60) days from entry of this Order, the Plaintiff shall file his or her motion for summary judgment and supporting brief. The brief shall be limited to twenty-five (25) double spaced pages in size fourteen (14) font.

**IT IS FURTHER ORDERED** that on or before sixty (60) days from the filing of the Plaintiff's motion and brief, the Defendant shall file his cross-motion for summary judgment. The same page and size limits apply.

Martin Reidinger
United States District Judge

Signed: March 13, 2009